IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION, a Delaware corporation<br><br>Defendant. | CASE NO. CV-11-1944<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Shane E. Olafson, whose business address and telephone number is Lewis and Roca, LLP, 40 North Central Avenue, Phoenix, Arizona 85004 (602) 262-5327

and who is an active member in good standing of the bar of Arizona and New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 11, 2011

_Lucy H. Koh_
United States District Judge