UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HARRIS CORPORATION, a Delaware corporation,<br><br>        Defendant. | CASE NO. CV-11-1944-LHK<br><br>**ORDER RE UNOPPOSED MOTION TO TERMINATE OR OTHERWISE DISASSOCIATE COUNSEL FOR PLAINTIFF**<br><br>**AS MODIFIED BY THE COURT** |

   Pursuant to Local Rule 11-5 and the unopposed motion to disassociate counsel filed by Plaintiff Ruckus Wireless, Inc. on November 14, 2011, and for good cause appearing,

   IT IS HEREBY ORDERED that counsel Robert J. Yorio and the law firm of Carr & Ferrell LLP are terminated as counsel of record for Plaintiff Ruckus Wireless, Inc.  Mr. Yorio and Carr & Farrell LLP shall not receive notifications in this proceeding via the Court's CM/ECF system.

   DATED this 22nd day of November, 2011.

   By: *Lucy H. Koh*
   The Honorable Lucy H. Koh

IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh

CASE NO. CV-11-1944-LHK
ORDER RE UNOPPOSED MOTION TO TERMINATE COUNSEL FROM DEFENDANT